# EXHIBIT C

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas J. Ferraro (SBN 306528) / Lauren N. Vega (SBN 306525)
FIRM NAME: Ferraro Vega Employment Law, Inc.
STREET ADDRESS: 3333 Camino del Rio South, Suite 300
CITY: San Diego          STATE: CA      ZIP CODE: 92108
TELEPHONE NO.: 619-693-7707          FAX NO. : 619-350-6855
E-MAIL ADDRESS: nick@ferrarovega.com / lauren@ferrarovega.com
ATTORNEY FOR (Name): Plaintiff Delainya Bell

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
 STREET ADDRESS: 330 West Broadway
 MAILING ADDRESS: 330 West Broadway
 CITY AND ZIP CODE:  San Diego 92101
 BRANCH NAME: Hall of Justice

Plaintiff/Petitioner:  Delainya Bell

Defendant/Respondent:  Devry University Inc., et al.

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>25CU004094C |
|---|---|

TO (insert name of party being served): DeVry University, Inc.

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:   January 29, 2025

Liana Jackson
(TYPE OR PRINT NAME)

*Liana Jackson*
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1.  [x]  A copy of the summons and of the complaint.
2.  [x]  Other *(specify):*

  Civil Case Cover Sheet; Notice of Case Assignment and Case Management Conference (Civil); Alternative Dispute Resolution (ADR) Information; Stipulation to Use Alternative Dispute Resolution (ADR)

*(To be completed by recipient):*

Date this form is signed:   February 11, 2025

Michael Witczak
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 300, Los Angeles, California 90067. On **February 11, 2025**, I served the foregoing document(s) described as: **NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL** on interested parties below, using the following means:

Nicholas J. Ferraro
Lauren N. Vega
Elysssa Martinez
**FERRARO VEGA EMPLOYMENT LAWYERS, INC.**
3333 Camino Del Rio South, Suite 300
San Diego, California
nick@ferrarovega.com
lauren@ferrarovega.com
elyssa@ferrarovega.com

*Attorneys for Plaintiff Delainya Bell*

☒ **BY UNITED STATES MAIL**   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed on the Service List and providing them to a professional messenger service for service.

☒ **BY ELECTRONIC TRANSMISSION**. Pursuant to California Rules of Court, Rule 2.251(c)(3) and Los Angeles County Superior Court Local Rule 3.4(a), I caused the document(s) described above to be transmitted to the Court's electronic service provider, Express Network, and thereby caused the document(s) described above to be sent to the respective e-mail address(es) of the recipient(s) set forth above.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on **February 11, 2025** at Los Angeles, California.

Monica Martinez
Print Name

_____
Signature

PROOF OF SERVICE