# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

See attachment

|  |  |
|---|---|
| **Plaintiff,** | **Case No.** <u>  25-cv-00595-H-DEB  </u> |
| **V.** | |
| Does 1 through 50, inclusive | **NOTICE OF RELATED CASE** |
| **Defendant.** | |

### <u>REPORT OF CLERK PURSUANT TO RELATED CASE</u>

Re:   "Low-Numbered" Case No.:   <u>24-cv-02464-RSH-BLM                    </u>

   Title:   <u>Bell v. DeVry University, Inc. et al                    </u>

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g.  Any other party may file a Reply within 7 days of such Objection.

The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due.  If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

**John Morrill**, Clerk of Court,

Dated:      <u>  3/20/25        </u>                    By:  s/ <u> M.Williams                    </u>

   M.Williams, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-0595-H-DEB

Plaintiff's: Delainya Bell, on behalf of others similarly situated and the State of California under the Private Attorneys General Act; DeVry University, Inc..