UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, on behalf of others similarly situated,<br>Plaintiff,<br>v.<br>DEVRY UNIVERSITY, INC. AND DOES 1-50,<br>Defendant. | Case No.: 25CV595-RSH(BLM)<br>**ORDER REQUIRING THE FILING OF THE ANSWER** |

Defendant removed the above-entitled matter to this Court on March 13, 2025. ECF No. 1. In the removal papers, Defendant states that it "answered the Complaint in state court prior to filing the instant removal." Id. at 2; see also ECF No. 1-2, Declaration of Mark Wallin In Support of Defendant's Notice of Removal at ¶ 8 ("[o]n March 12, 2024, DeVry filed its Answer to Plaintiff's Complaint in State Court prior to filing the instant removal"). However, Defendant did not include the answer in the removal papers or file a copy of the answer in this Court. See Docket.

On March 31, 2025, the Court held an Early Neutral Evaluation Conference ("ENE") in the related case, 24CV2464-RSH(BLM), Bell v. DeVry University, Inc. et al. During the ENE, the Court directed Defendant to file its answer on the docket in this case. On April 2, 2025, the

1  Court left a voice mail for defense counsel, Michael P. Witczak, reminding Defendant to file the
2  answer. As of today, the answer has not been filed. See Docket. Accordingly, the Court
3  **ORDERS** Defendant to file the answer in this case on the docket by **April 9, 2025**.
4     **IT IS SO ORDERED**.
5  Dated: 4/4/2025

   Hon. Barbara L. Major
   United States Magistrate Judge