Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Dorota A. James (State Bar No. 309933)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
nick@ferrarovega.com / lauren@ferrarovega.com
dorota@ferrarovega.com

*Attorneys for Plaintiff Delainya Bell*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, on behalf of others similarly situated and the State of California under the Private Attorneys General Act,<br><br>Plaintiffs,<br><br>vs.<br><br>DEVRY UNIVERSITY, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-00595-RSH-BLM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND (28 U.S.C. § 1447)**<br><br>**Motion to Remand**<br>Date: May 19, 2025<br>Judge: Hon. Robert S. Huie<br>Courtroom: 3B<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on May 19, 2025, in the United States District Court for the Southern District of California, located at 333 West Broadway, Courtroom 3B, in San Diego, California 92101, Plaintiff DELAINYA BELL ("Plaintiff") will and hereby does move for an order remanding this action to the San Diego County Superior Court.

Plaintiff moves for remand pursuant to 28 U.S.C. § 1447 on the ground that this Court does not have subject matter jurisdiction. Defendant DeVry University, Inc. removed the action from state court, but has failed to demonstrate that total amount in controversy exceeds $75,000, as required for traditional diversity jurisdiction. Specifically, Defendant (1) miscalculated the number of Plaintiff's pay periods she worked during the relevant PAGA Period and, subsequently the penalties owed to Plaintiff, (2) included post-removal attorneys' fees into their calculations into the $75,000 threshold, and (3) attributed all of the attorneys' fees to the named plaintiff's individual claims, without providing information necessary for the named plaintiff's pro rata share of attorneys' fees in this class and representative action. As a result, Plaintiff moves the Court to remand the action to San Diego Superior Court.

On April 11, 2024, Plaintiff met and conferred with the Defense Counsel about the basis for her Motion to Remand as required under the Court's Department Rules, Rule III.A. The parties were unable to resolve the issues pertaining to Plaintiff's Motion to Remand without the Court's intervention.

This Motion is based on this Notice and the Memorandum of Points and Authorities, the supporting declaration of Dorota A. James, all submitted herewith, and any other documents and argument that may be further considered by the Court.

The above-mentioned date is noticed pursuant to the United States District Court Southern District of California Local Rule 7.1.

1 | Respectfully submitted,

2 | Dated: April 14, 2025        ***Ferraro Vega Employment Lawyers, Inc.***

<u>*s/ Dorota A. James*</u>
Dorota A. James
Attorneys for Plaintiff Delainya Bell
E-mail: dorota@ferrarovega.com