Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Dorota A. James (State Bar No. 309933)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
nick@ferrarovega.com / lauren@ferrarovega.com
dorota@ferrarovega.com

*Attorneys for Plaintiff Delainya Bell*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, on behalf of others similarly situated and the State of California under the Private Attorneys General Act,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEVRY UNIVERSITY, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 25-cv-00595-RSH-BLM<br><br>**DECLARATION OF DOROTA A. JAMES IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND (28 U.S.C. § 1447)**<br><br>**Motion to Remand**<br>Date: May 19, 2025<br>Judge: Hon. Robert S. Huie<br>Courtroom: 3B<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

I, Dorota A. James, declare as follows:

1. I am an attorney licensed to practice law in the State of California since June 1, 2016 and I have been a member in good standing since that time. I am an attorney with the law firm Ferraro Vega Employment Lawyers, Inc. I submit this declaration in support of Plaintiff Delainya Bell's Motion to Remand. If called as a witness, I would testify honestly to the facts below which are based entirely on my personal knowledge.

2. On April 11, 2025, I had a telephone call with counsel for Defendant prior to the filing of this motion. I met and conferred with the Defense Counsel about the basis for Plaintiff's Motion to Remand. The parties were unable to resolve the dispute regarding the remand of Plaintiff's case without this Court's intervention.

3. It is Plaintiff's position that the removal was improper because, Defendant has failed to proffer evidence showing the jurisdictional requirements for removal pursuant to 28 U.S.C. sections 1332, 1441, and 1446, upon which Defendant's March 13, 2025, Notice of Removal rests exclusively, have been met in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 14, 2025 in San Diego, California.

                                        /s/ Dorota A. James
                                        Dorota A. James