Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Dorota A. James (State Bar No. 309933)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
nick@ferrarovega.com / lauren@ferrarovega.com
dorota@ferrarovega.com

*Attorneys for Plaintiff Delainya Bell*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINYA BELL, on behalf of others similarly situated and the State of California under the Private Attorneys General Act,<br><br>Plaintiffs,<br><br>vs.<br><br>DEVRY UNIVERSITY, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 25-cv-00595-RSH-BLM<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND (28 U.S.C. § 1447)**<br><br>**Motion to Remand**<br>Date: May 19, 2025<br>Judge: Hon. Robert S. Huie<br>Courtroom: 3B<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence, 201, Plaintiff Delainya Bell ("Plaintiff") hereby requests that the Court take Judicial Notice of the existence of the following documents and the contents thereof, which include similar complaints filed by plaintiffs in State Court and the subsequent orders remanding from Federal Court to State Court:

1. **Exhibit A** is a true and correct copy of Declaration of Gaurav Khurana in Support of Defendant's Opposition to Plaintiff's Motion to Remand filed in the related class action, Case No. 3:24-CV-02464-RSH-BLM (ECF No. 13-4).

Judicial Notice may be taken of adjudicative facts, including documents filed and orders or decisions entered in any federal or state court. *See Asdar Group v. Pillsbury, Madison &amp; Sutro*, 99 F.3d 289, 290, n.1 (9th Cir. 1996) (district court may properly take judicial notice of court orders); *Neilson v. Union Bank of Cal., N.A.*, 290 F. Supp. 2d 1101, 1112-15 (C.D. Cal. 2004); *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002) (appellate court judicially noticed state appellate opinion and briefs).

Judicial Notice is also proper because the Court may take judicial notice of matters of public record and facts "not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). This includes "court filings and other matters of public records." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006).

This Court may take judicial notice of state court files as they are matters of public record. *Northstar Fin. Advisors Inc. v. Schwab Investments*, 779 F.3d 1036, 1042 (9th Cir. 2015) ("We may take judicial notice of undisputed matters of public records . . . including documents on file in federal or state courts").

Finally, the court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a **direct relation to matters at issue**. See *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (quoting

1 | *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244,
2 | 248 (9th Cir. 1992))(emphasis added).

Dated: April 14, 2025           ***Ferraro Vega Employment Lawyers, Inc.***

<u>*s/ Dorota A. James*</u>
Dorota A. James
Attorneys for Plaintiff Delainya Bell
E-mail: dorota@ferrarovega.com

2          Case No. 3:24-CV-02464-RSH-BLM
PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF REPLY IN SUPPORT OF MOTION TO REMAND (28 U.S.C. § 1447)

# EXHIBIT A

Docusign Envelope ID: A5F8D920-F32B-44B5-AD29-835C2540C99B
Case 3:25-cv-03695-RSH-BLM   Document 19-4   Filed 04/03/25   PageID.1139   Page 5 of 7
Case 3:24-cv-02464-RSH-BLM   Document 13-4   Filed 01/03/25   PageID.139   Page 5 of 7

```
 1  MARK W. WALLIN (SBN 331915)
    Mark.wallin@btlaw.com
 2  MICHAEL P. WITCZAK (SBN 329960)
    michael.witczak@btlaw.com
 3  BARNES & THORNBURG LLP
    2029 Century Park East, Suite 300
 4  Los Angeles, California 90067
    Telephone: (310) 284-3880
 5  Facsimile:  (310) 284-3894

 6  Attorneys for Defendant
    DeVry University, Inc.
 7
 8
 9
10              UNITED STATES DISTRICT COURT
11              SOUTHERN DISTRICT OF CALIFORNIA
12
13  DELAINYA BELL, on behalf of      Case No. Case No. 3:24-CV-02464-
    others similarly situated,       RSH-BLM
14
              Plaintiffs,
15
         v.                          DECLARATION OF GAURAV
16                                   KHURANA IN SUPPORT OF
    DEVRY UNIVERSITY, INC.;          DEFENDANT'S OPPOSITION TO
17  and DOES 1 through 50, inclusive PLAINTIFF'S REMAND

18                                   [Filed concurrently with Opposition to
              Defendants.            Plaintiff's Remand, Declaration of Mark
19                                   Wallin, and Request for Judicial Notice]

20                                   Action Filed:   November 21, 2024
                                     Trial Date:    Not Set
21
22
23
24
25
26
27
28
        DECLARATION OF GAURAV KHURANA IN SUPPORT OF DEFENDANT'S
                    OPPOSITION TO PLAINTIFF'S REMAND
    46862316.1
    44687178.3
```

# DECLARATION OF GAURAV KHURANA

I, Gaurav Khurana, declare:

1. I am the Vice President, Total Rewards and Human Resources Operations, of Defendant, DeVry University, Inc. ("DeVry").

2. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify truthfully and competently to them.

3. I submit this Declaration in support of Defendant's Opposition to Plaintiff's Remand.

4. I, as well as my agents and colleagues at DeVry, have obtained time and pay regarding the employees who worked for DeVry in California since November 21, 2020 ("Payroll Records"). All of these records are kept in the regular course of business and we routinely interact with these records including to approve payroll for payment, reconcile and fund our payroll, and resolve any employee issues. I have reviewed the Payroll Records personally. Each statement contained herein is based upon my personal review and knowledge of the Payroll Records. The data is also consistent with my experience and expectations having worked consistent with what my experience and expectations having worked for DeVry for years.

5. Since, November 21, 2020 DeVry has employed 342 hourly, non-exempt employees who worked in California.

6. The average base hourly rate paid to hourly, non-exempt employees working in California is over $24.44, and hourly, non-exempt employees are paid bi-weekly.

7. Since November 21, 2020, 130 hourly, non-exempt employees working in California have separated from employment with DeVry.

8. Full-time hourly, non-exempt employees, such as Delainya Bell, maintain a regular work schedule of 8 hours a day, five days a week, for a standard 40-hour workweek.

46862316.1

1

DECLARATION OF GAURAV KHURANA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S REMAND

9. DeVry does not have a policy that requires hourly employees subject to California law to round their time. Accordingly, DeVry does not offer any additional wages to employees when they separate from their employment to account for any allegedly lost wages due to a non-neutral rounding time policy.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing in true and correct.

Executed on April , 2025 in Lisle, Illinois.



_____
Gaurav Khurana

46862316.1

2

DECLARATION OF GAURAV KHURANA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S REMAND